**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CAROLYN I. SUDLER, | ) | Case No. 13-10181 (BLS) |
| | ) | |
| Debtor(s). | ) | Docket Reference No. 20 |

**ORDER ON REAFFIRMATION AGREEMENT**

The debtor(s) Carolyn I. Sudler has (have) filed a motion for approval of the reaffirmation agreement filed on May 8, 2013 made between the debtor(s) and AmeriCredit Financial Services, Inc. The Court held the hearing required by 11 U.S.C. §524(d) on notice to the debtor(s) and the creditor on June 6, 2013.

COURT ORDER:

☐ The court grants the debtors' motion under 11 U.S.C. §524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under U.S.C. §524 (K)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☒ The court does not approve the reaffirmation agreement.

BY THE COURT

Dated: June 6, 2013

Brendan Linehan Shannon
United States Bankruptcy Judge